IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ) | |
| NANCY SATOR, ) | CHAPTER 13 NO. 14-10634-SDB |
|     DEBTOR ) | |

## MOTION TO RECLASSIFY
## CLAIM #9 OF ARMY & AIR FORCE EXCHANGE SERVICES

COMES NOW the Debtor, NANCY SATOR, by and through counsel and files this Motion to Reclassify Claim #9 of ARMY & AIR FORCE EXCHANGE SERVICES. In support of said Motion, Debtors show the Court the following:

Debtor filed a Chapter 13 Bankruptcy in Southern District of Georgia, Augusta Division on April 10, 2014.

ARMY & AIR FORCE EXCHANGE SERVICES filed a proof of claim (claim #9) in the amount of $5,693.56 with $3,363.12 as secured and $2,330.44as unsecured on July 17, 2014.

The ARMY & AIR FORCE EXCHAGE SERVICES did not attach sufficient documents to support the secured status of their claim or any documentation evidencing how balance was computed.

THEREFORE, the Debtor moves the Court to reclassify Claim #9 of ARMY & AIR FORCE EXCHANGE SERVICES to a general unsecured claim.

This 21st day of November, 2014.

/S/ KELLY B. KITCHENS

Kelly B. Kitchens
Attorney for Debtors
GA Bar No. 078326

512 Telfair Street
Augusta, GA   30901
(706)724-6000

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within and foregoing Motion to Reclassify Claim by placing same in the United States Mail with proper postage affixed thereon to insure delivery, addressed as follows:

Army & Air Force Exchange Services
Attn: Servicing Agent/Officer
c/o Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite 200
Tucson, AZ 85712

Chapter 13 Trustee                                               (VIA ELECTRONIC MAIL)
Post Office Box 2127
Augusta, GA   30903

This 21st day of November, 2014.

/S/ Kelly B. Kitchens
_____
Kelly B. Kitchens
Georgia Bar #078326

512 Telfair Street
Augusta, GA   30901
706-724-6000